THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Leandra M., a Juvenile Under the Age of Seventeen, Appellant.
 
 
 

Appeal From Lexington County
 Richard W. Chewning, III, Family Court
Judge

Unpublished Opinion No. 2012-UP-135
 Submitted February 1, 2012  Filed
February 29, 2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM:  Leandra M. appeals the family court's
 decision ordering her to attend school, arguing the State failed to prove she
 did not comply with the family court's previous order.  After a thorough review
 of the record and counsel's brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's
 motion to be relieved.
APPEAL DISMISSED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.